|     |     |
| --- | --- |
| UNITED STATES DISTRICT COURT<br><br>DISTRICT OF NEVADA | |
| JOSE ALBERTO PEREZ-CORTEZ,<br><br>Petitioner<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Respondents | Case No.: 2:21-cv-00982-JAD-DJA<br><br>**Order Directing Service<br>of Habeas Petition** |

Jose Alberto Perez-Cortez brings this 28 U.S.C. § 2241 petition for writ of habeas corpus, seeking immediate release from custody or a detention/bond hearing pending the execution of his final order of removal. Having conducted a preliminary review of the petition, I now direct that it be served on the respondents.

IT IS THEREFORE ORDERED that the Clerk of Court **SERVE** copies of the petition (ECF No. 1) and this order upon respondents as follows:

- By <u>serving</u> a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure;
- By <u>sending</u> a copy of the petition (ECF No. 1) and this order by mail to: (1) Alejandro Mayorkas, Secretary of the Department of Homeland Security, Washington, DC 20528; (2) Merrick Garland, Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC, 20530; and (3) Kerri Ann Quihuis, U.S. Immigration and Customs Enforcement, 501 S.

Las Vegas Blvd., Ste. 200, Las Vegas, NV 89101 pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that respondents must file and serve their response to the petition within 21 days of the date of this order, unless additional time is granted for good cause shown.

Dated: June 30, 2021

_____
U.S. District Judge Jennifer A. Dorsey